**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-7805**

---

ALLEN WAYNE POSTON,

        Plaintiff - Appellant,

    v.

KANE, Director; TRACY JONES, Warden; ERIC WILSON, Warden;
SHAH, Dr.; KATHERIN LAYBOURN, Dr.; APONT'E, Ms., AHSA;
FLOWERS, Ms; Nurse; LUIS NEGRON, MLP; MACK BONNER, JR.; Dr.;
NIKI CANADA, Nurse; VIVIAN K. HARRIS, Camp Admin.; BARBARA
HAYWOOD, CSW; A. FORTE, Counselor; HOBGOOD, Mr.; Work
super.; MARTIN, Mr.; Work super.; TUDOR, Mr.; Unit mgr.;
WILLIAMS, Ms.; Unit mgr.; HERTLIE JARRATT, Ms.; CSW; MARROW,
Ms.; Counselor; HOLLAND, Ms.; Counselor; ANGELA TOMLINSON,
Ms.; Unit mgr.; SMITH, Ms.; Camp Admin.; ABIMEAL, Mr.; MLP;
C. EICHENLAUB, Regional Dir.; NEWBILL, Mr.; Counselor,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:13-cv-00365-JCC-IDD)

---

Submitted: August 29, 2014      Decided: September 10, 2014

---

Before KING, DUNCAN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Allen Wayne Poston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Wayne Poston appeals the district court's order denying his Fed. R. Civ. P. 60(b)(6) motion seeking relief from the district court's order dismissing his Bivens[*] action for failure to particularize and to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Poston v. Kane, No. 1:13-cv-00365-JCC-IDD (E.D. Va. Oct. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

3